■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v F. PAUL MUCCIGROSSO, Appellant. [703 NYS2d 409] —Judgment unanimously affirmed. Memorandum: The determination whether to grant a motion to vacate a plea of guilty is within the sound discretion of the court (*see*, CPL 220.60 [3]; *People v Peavy*, 225 AD2d 1082, 1083, *lv denied* 88 NY2d 883), and County Court did not abuse its discretion in denying the motion of defendant to vacate his plea of guilty.

Although defendant was granted relief from civil disabilities (*see*, Correction Law § 702 [1]) at sentencing, the court failed to sign the certificate. Contrary to defendant's contention, that failure is not a question of law or issue of fact subject to our review (*see*, CPL 470.15 [1]). Defendant seeks to compel the court to perform a ministerial act necessary to implement the relief that the court granted him. Because the relief sought is mandamus (*see, Matter of Doczy v Rotker*, 155 AD2d 400, 401),

defendant's remedy is to commence a proceeding pursuant to CPLR article 78. (Appeal from Judgment of Erie County Court, DiTullio, J.—Grand Larceny, 4th Degree.) Present—Pine, J. P., Hurlbutt, Scudder and Lawton, JJ.